| | | |
|---|---|---|
| CJA-23 (Rev 3/21) | # FINANCIAL AFFIDAVIT | |

**FINANCIAL AFFIDAVIT**
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☒ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER *(Specify Below)* | |
|---|---|---|---|---|
| IN THE CASE OF | | | FOR: Western District of North Carolina | LOCATION NUMBER |
| United States | v. | Banwari | AT | NCW |

**PERSON REPRESENTED** *(Show your full name)*: Nachiket Banwari

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge:
District Court: 3:23-cr-62-FDW-DSC-1
Court of Appeals:

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*: ☒ Felony  ☐ Misdemeanor
SRV

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☒ Yes ☐ No
IF YES, how much do you earn per month? 10,000 /appx - Varies
Will you still have a job after this arrest? ☒ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 400,000.00 | owes appx $220K |
| Car/Truck/Vehicle | $ 45,000.00 | no debt. 2019 Tesla Model 3 |
| Boat | $ | |
| Stocks/bonds | $ 100,000.00 | appx value |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 150,000.00

**OBLIGATIONS, EXPENSES, & DEBTS**
How many people do you financially support? 0

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1200.00 | $ 220,000.00 |
| Groceries | $ 500.00 | $ |
| Medical expenses | $ 200.00 | $ |
| Utilities | $ 200.00 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 100.00 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 4·6·23

Case 3:23-cr-00062-FDW-SCR   Document 8   Filed 04/06/23   Page 1 of 1