# RE: Fw: Fw: Fw: REAL TECH SOLUTIONS EPIN PROGRAM

**From:** Docs and Underwriting and Admin Support <docs@moneck.com>
**To:** Sumit Mittal <sumitw550@gmail.com>
**Cc:** Kyle Jones <kyle@passthroughpayments.us>, br@moneck.com
**Date:** Thu, 21 Apr 2016 15:22:28 -0400

Hi Sumit,

Thank you for the clarifications, I called the number on the website just now and the agent stated that I have called MS Squad, Microsoft Certified technicians. However, the name on the website is Real Tech Solution, please make sure that this is corrected as well on the phone script, as the bank needs the phone number associated to a dba name to be answered with that dba name.

Please let us know your thoughts on the pop-up message as well, as this was the main issue raised by the bank:

" They stated they work directly for Microsoft and asked if we were calling based on the message that popped up on our screen. **We asked why a message would pop up on our screen** and refer to call a number that is not related directly with Microsoft. The representative continued to say they are Microsoft and that is why we were referred to their toll free number. "

Also, if you have this please send us any documentation or agreement showing that your agents are Microsoft Certified technicians. It was not requested by the bank, but it might help to alleviate some of their concerns .

If you have any questions please let us know. Thank you !

**From:** Sumit Mittal [mailto:sumitw550@gmail.com]
**Sent:** Thursday, April 21, 2016 6:28 AM
**To:** Docs and Underwriting and Admin Support <docs@moneck.com>
**Cc:** Moneck Payment Solutions via DocuSign <br@moneck.com>
**Subject:** Re: Fw: Fw: Fw: REAL TECH SOLUTIONS EPIN PROGRAM

Hello

The call is routed to a independent technical support provider which is Real Tech Solutions. We are not affiliated with Microsoft. We do support their products and softwares and provide technical support for it. However the call you are mentioning as we discussed yesterday, that is inappropriate. We'll tell all our agents to claify to the customers that who we are.

Rest, we would like to get the credit card processing solution called Epin.

In regards to descriptor, if its the best that the bank can do then it's fine. We can tell our cardholders that "merchant Payment' will be reflected on your credit card statement.

Thanks

Sumit Mittal

On Thu, Apr 21, 2016 at 3:33 AM, Docs and Underwriting and Admin Support <docs@moneck.com> wrote:

> Hi Sumit,

Great talking to you.

Please see below what the bank had to say about their interaction when they called the phone number on the website:

""When speaking with the representative they answered the phone as support. We questioned the agent on what company was being called and they informed us we were calling Microsoft Support.

They stated they work directly for Microsoft and asked if we were calling based on the message that popped up on our screen. We asked why a message would pop up on our screen and refer to call a number that is not related directly with Microsoft. The representative continued to say they are Microsoft and that is why we were referred to their toll free number. "

Please clarify the above issues and also let us know when these are address/rectified. If even all these rectifications the bank is not willing to move forward, we can always offer you check solutions.

Also, we checked with the bank and the following will appear on the customer`s credit card statement: "Merchant Payment".

Unfortunately, you cannot add anything for the descriptor, and you would need to make the cardholder know that this is what is going to appear on their credit card statement.

If you have any questions, please let us know.

**From:** Sumit Mittal [mailto:sumitw550@gmail.com]
**Sent:** Tuesday, April 19, 2016 12:11 AM
**To:** Kyle Jones <kyle@passthroughpayments.us>; Docs and Underwriting and Admin Support <docs@moneck.com>
**Subject:** Re: Fw: Fw: Fw: REAL TECH SOLUTIONS EPIN PROGRAM

Hello

The foloowing changes have been made:

- LLC was removed from the website and used the exact DBA name.
- Hosting account is now under AUTHENZA SOLUTIONS. Screenshot attached.

Let me know if you need anything.

Thanks
Sumit